# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131702

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ADAM LEE STONE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131702
COA: 269392
Gogebic CC: 04-000303-FH

On order of the Court, the application for leave to appeal the May 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

p0122